IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-1023 T
(Judge David A. Tapp)

MIRA ERLICH,

                            Plaintiff,

v.

THE UNITED STATES,

                            Defendant.

JOINT STATUS REPORT AND
JOINT MOTION TO STAY PROCEEDINGS
PENDING ADMINISTRATIVE RESOLUTION

Pursuant to the Court's Order dated October 19, 2023 (Doc. 10) (the Order), the parties, plaintiff Mira Erlich, and defendant the United States, respectfully submit this Joint Status Report, and jointly move to stay the case for 90 days pending administrative resolution—specifically, issuance of the overpayment as described below.

The parties report that on November 20, 2023, the United States approved the recommendation of defendant's trial counsel for an administrative resolution of this case. Defendant's trial counsel accordingly has requested an overpayment from IRS Office of Chief Counsel.

Pursuant to the Order, defendant estimates processing time for the overpayment to be approximately 90 days.[1]  This takes into account the upcoming Thanksgiving and winter

---

[1] Because this is an FBAR case, under Title 31, the overpayment is not processed by a service center (as is the case for an overpayment of taxes), but rather by IRS Office of Chief Counsel.

holidays (including leave by IRS personnel around those holidays), and also the manual nature of the overpayment process for FBAR penalties under Title 31 (which is different than the process for issuing tax overpayments under Title 26).

The parties therefore jointly propose a stay of the case for 90 days pending this process, and propose to submit a joint status report on or before Tuesday, February 20, 2024[2] advising the Court of the status of the overpayment, unless a stipulation of dismissal is filed before then. A proposed order is attached hereto.

Dated: November 20, 2023

Respectfully submitted,

*s/ Jeffrey H. Schechter*
Jeffrey H. Schechter, Esq.
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
jschechter@coleschotz.com
201-489-3000
201-489-1536 Facsimile

Attorney for Plaintiff

*s/ Steven M. Chasin*
STEVEN M. CHASIN
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-514-2921 (v)
202-514-9440 (f)
Steven.M.Chasin@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS

---

[2] Monday, February 19, 2024 is a federal holiday.

        Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief, Court of Federal Claims Section

*s/ G. Robson Stewart*
Of Counsel

Attorneys for Defendant

3