## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MIRA ERLICH,<br><br>      *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>      *Defendant*. | No. 23-1023 T<br><br>Judge David A. Tapp |

### [PROPOSED] ORDER

On November 20, 2023, the parties filed a joint motion to stay this case for 90 days, pending administrative resolution—specifically, issuance of the overpayment pursuant to the administrative resolution approved by the United States in this case.

For good cause shown, the motion is **GRANTED**.

The parties shall submit a joint status report on Tuesday, February 20, 2024, advising the Court of the status of this, unless a stipulation for dismissal is filed before then.

    **IT IS SO ORDERED.**

                                                    _____
                                                    Judge David A. Tapp